IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN LAWSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   NO. 11-cv-00141-JPG-PMF |
| | ) |
| | ) |
| BILL'S MACHINE & POWER | ) |
| TRANSMISSION, INC., | ) |
| | ) |
| Defendant. | ) |

### JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without costs.

DATED:   December 8, 2011

                    NANCY ROSENSTENGEL, Clerk of Court

                    By:s/Deborah Agans, Deputy Clerk


APPROVED:   _s/J. Phil Gilbert_
                    J. PHIL GILBERT
                    U. S. DISTRICT JUDGE